AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 08, 2023**

SEAN F. McAVOY, CLERK

MOSES CUEVAS,

    *Plaintiff*

v.

DANIEL PSOINOS, ERIC CARPENTER, AMDAR MOMENI, and MCKENZIE B. SIMES,

    *Defendant*

Civil Action No. 2:23-cv-00243-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Order Directing Plaintiff to Clarify Prisoner Status (ECF No. 4).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE .

Date: 11/08/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates